# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE DAVID OSTWALD, JR.,<br><br>Defendant. | Case No. CR-17-34-BLG-SPW<br><br>**ORDER QUASHING WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

UPON ORAL MOTION of counsel for the Defendant at the Change of Plea Hearing and for good cause shown,

IT IS HEREBY ORDERED that the Writ of Habeas Corpus ad prosequendum issued by this Court on August 14, 2017 (Doc. 32 - 33) be QUASHED.

IT IS FURTHER ORDERED that the Defendant shall be returned to the custody of the Sheriff of Yellowstone County.

/ / /

/ / /

/ / /

/ / /

1

The Clerk of Court is to notify counsel and the United States Marshal Service of the making of this Order.

DATED this 31st day of August, 2017.

                                                        _____
                                                        TIMOTHY J. CAVAN
                                                        U.S. MAGISTRATE JUDGE