IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-34-BLG-SPW |
| Plaintiff, | |
| vs. | AMENDED ORDER SETTING SENTENCING |
| GEORGE DAVID OSTWALD, JR., | |
| Defendant. | |

It has been brought to the Court's attention that Defendant, George David Ostwald, Jr., is no longer in the custody of the U.S. Marshals Service. Therefore,

IT IS HEREBY ORDERED that the Court's Order Setting Sentencing (Doc. 39) shall be amended to reflect that Defendant has been returned to the custody of the Sheriff of Yellowstone County pending sentencing.

IT IS FURTHER ORDERED that all other dates and deadlines outlined in the Court's Order Setting Sentencing (Doc. 39) shall remain in effect.

The clerk shall promptly notify counsel, the probation office and the U.S. Marshals Service of the entry of this Order.

DATED this 5th day of September, 2017.

SUSAN P. WATTERS
United States District Judge

1