

FILED

MAR 1 4 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-34-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| GEORGE DAVID OSTWALD, | |
| Defendant. | |

For the reasons stated on the record, GEORGE DAVID OSTWALD is hereby released from the custody of the U.S. Marshal Service.

DATED this 14th day of March, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1