IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE DAVID OSTWALD, JR.<br><br>Defendant. | CR 17-34-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, GEORGE DAVID OSTWALD is hereby released from the custody of the U.S. Marshal Service.

DATED this 5th day of June, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1