IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GEORGE DAVID OSTWALD, JR., Defendant. | Case No. CR-17-34-BLG-SPW <br><br> **ORDER RESETTING REVOCATION HEARING** |
|---|---|

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation Hearing set for Friday, July 21, 2023, at 9:30 a.m., is **VACATED** and **RESET** for **Wednesday, July 19, 2023 at 1:30 p.m.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 11th day of July, 2023.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE